# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Andre Battle

Plaintiff,

v.

Case No.: 1:25–cv–06830
Honorable Manish S. Shah

P's & Q's Brand, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 11, 2025:

MINUTE entry before the Honorable Manish S. Shah: Plaintiff did not file a notice of dismissal by 11/20/25. Plaintiff's status report, in which plaintiff states a notice of dismissal will be filed no more than 60 days after 9/25/25, operates as a notice of voluntary dismissal with prejudice under Rule 41(a)(1)(B). Terminate civil case. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.